CORNWALL MOUNTAIN INVEST-
MENTS, L.P., and Range Re-
sources–Appalachia, LLC

v.

THOMAS E. PROCTOR HEIRS
TRUST, International Development
Corporation, Pennlyco, Ltd., Virginia
Energy Consultants, LLC, Atlantic
Hydrocarbon, LLC, Chief Exploration
and Development, LLC, Quest Eastern
Resource, LLC, EXCO Holding (PA),
Inc., Margaret O.F. Proctor Trust

Southwestern Energy Production
Company

Petition of: Margaret O.F.
Proctor Trust

No. 270 MAL 2017

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Mildred K. CALKINS, Administratrix
of the Estate of Anna C. Kasych,
Deceased, Petitioner

v.

Edward H. BUTZ, Esq., Lesavoy Butz &
Seitz, LLC, St. Luke's Health Net-
work, Inc., St. Luke's Hospital–Allen-
town Campus, Respondents

No. 297 MAL 2017

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.